# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DURINDA MEEKER,

       Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. C05-1713-JPD

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    The final decision of the Commissioner is REVERSED and REMANDED for further proceedings.

    Dated this 8th day of June, 2006.

                                         BRUCE RIFKIN
                                              Clerk


                                      /s/ Peter Voelker
                                      Deputy Clerk